**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ODELL WHEATON,

        Plaintiff,

v.                                                                              Case No. 1:16-cv-02889-ODE-CMS

CENTRAL CREDIT SERVICES, LLC,

        Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Central Credit Services, LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: March 23, 2017                Respectfully submitted,

                                          /s/ Wendi E. Fassbender
                                          Wendi E. Fassbender, Esq.
                                          GA Bar No. 179133
                                          Sessions, Fishman, Nathan & Israel, L.L.C.
                                          14 Coopers Glen Drive, SW
                                          Mableton, GA 30126-2584

Telephone: (678) 209-7492
Facsimile: (877) 480-5639
E-mail: wfassbender@sessions.legal

*Attorneys for Defendant,*
*Central Credit Services, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March 2017, a true and correct copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including:

Matthew T. Berry, Esq.
Adam Klein, Esq.
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

/s/ Wendi E. Fassbender
Wendi E. Fassbender, Esq.
GA Bar No. 179133
Sessions, Fishman, Nathan & Israel, L.L.C.
*Attorneys for Defendant,*
*Central Credit Services, LLC*