**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| Odell Wheaton, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | 1:16-cv-02889-ODE-CMS |
| v. | ) | |
| | ) | |
| Central Credit Services, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Odell Wheaton, ("Plaintiff") and Central Credit Services, LLC ("CCS") hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, her claim asserted against CCS in the above-styled action, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 2nd day of May, 2017.

***[COUNSELS' SIGNATURES APPEAR ON FOLLOWING PAGE]***

*/s/Wendi E. Fassbender, Esq.*
Wendi E. Fassbender, Esq.
Georgia Bar No. 179133
Sessions, Fishman, Nathan & Israel
14 Coopers Glen Drive, SW
Mableton, GA 30126-2584
Telephone: (678) 209-7492
wfassbender@sessions.legal
**Counsel for Defendant**

*/s/ Adam Klein*
Adam Klein
Georgia Bar No. 425032
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Telephone: (404) 235-3334
aklein@mattberry.com
**Counsel for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2017 I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

*/s/ Adam Klein*
Adam Klein
Georgia Bar No. 425032

## CERTIFICATION

The undersigned further certifies that this document has been prepared in accordance with the formatting requirements designated in Local Rule 5.1.

This 2nd day of May, 2017.

*/s/ Adam Klein*
Adam Klein
Georgia Bar No. 425032